IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael Lee Brotherwood,  Case No. 3:19 CV 1753

                Plaintiff,  ORDER ADOPTING
                                                REPORT AND RECOMMENDATION
    -vs-
                                                JUDGE JACK ZOUHARY

Commissioner of Social Security,

                Defendant.

Plaintiff Michael Lee Brotherwood challenges Defendant Commissioner of Social Security's final decision denying his application for a Period of Disability and Disability Insurance Benefits (Doc. 1). Under Local Civil Rule 72.2(b)(2), this case was referred to Magistrate Judge Jonathan Greenberg for a Report and Recommendation ("R&R"). The R&R recommends this Court affirm the Commissioner's final decision (Doc. 13 at 1).

Under 28 U.S.C. § 636(b)(1), a party must file any written objections to the Magistrate's proposed findings and recommendations within fourteen (14) days of being served with the R&R, at which time this Court makes a de novo determination of the portions of the R&R to which objections were made. The failure to file objections within the time frame set forth in the statute constitutes a waiver of de novo review by the district court. See *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005); *Thomas v. Arn*, 474 U.S. 140 (1985).

The fourteen-day deadline has passed, and no objections have been filed. Therefore, having reviewed the R&R, this Court adopts it in its entirety. *See Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995). The Complaint (Doc. 1) is dismissed.

IT IS SO ORDERED.

                                                                            s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

August 25, 2020